**Entered on Docket**
**February 01, 2010**

_Bruce A. Markell_
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Electronically Filed on _____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-76747

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-27181-bam |
| Norman L. Fuqua | Date: 1/12/2010 |
| | Time: 1:30 pm |
| | Chapter 13 |
| Debtor | |

## ORDER VACATING AUTOMATIC STAY

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2    above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3    Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

4    property, generally described as 4970 West Rancho Road, Pahrump, NV 89048, and legally described

5    as follows:

6

7        Lot 41 of RANCHO VISTA ESTATES as shown on that certain Map thereof filed on March
         25th, 1973, in the Office of the county Recorder as File No. 36309 of Official Records, Nye
8        County, Nevada.

9    IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

10   Debtor at least five business days' notice of the time, place and date of sale.

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

2  withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of

3  the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured

4  Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

5    DATED this _____ day of _____, 2010.

6  Submitted by:

7  **WILDE & ASSOCIATES**

8  By:___/s/Gregory L. Wilde, Esq____
   **Gregory L. Wilde, Esq.**
9  Attorney for Secured Creditor
   208 South Jones Boulevard
10  Las Vegas, Nevada 89107

11
   APPROVED / DISAPPROVED
12

13  By:_____
   Matthew E. Aaron
14  2300 W. Sahara, Suite 650
   Las Vegas, NV 89102
15  Attorney for Debtor(s)

16  Nevada Bar No:_____

17

18  APPROVED / DISAPPROVED

19  By:_____
   Rick A. Yarnall
20  701 Bridger Avenue #820
   Las Vegas, NV 89101
21  Chapter 13 Trustee

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.

\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor